UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   5:22-cv-01023-SB-SP | Date:   July 22, 2022 |

| | |
|---|---|
| Title:  *Jeannine Alvarado v. Mercedes-Benz USA, LLC* | |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Jennifer Graciano | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**   **(IN CHAMBERS) Order to Show Cause re: Dismissal for Lack of Prosecution**

Generally, defendants other than the United States must answer the complaint within 21 days after service.  *See* Fed. R. Civ. P. 12(a)(1).  On July 5, 2022, Plaintiff filed proof that Defendant Mercedes-Benz USA, LLC, was served on June 27, 2022.  Dkt. No. 10.  A responsive pleading was due on July 18, 2022.  None has been filed, and Plaintiff has not sought entry of default or default judgment.  Plaintiff is ordered to show cause, in writing, no later than **July 29, 2022**, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to the Order to Show Cause will result in the dismissal without prejudice of the action in its entirety.