# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNINE ALVARADO, an individual,<br><br>Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a<br>Delaware Limited Liability Company,<br>and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01023-SB-SP<br><br>District Judge:  Stanley Blumenfeld, Jr.<br>Magistrate Judge:  Sheri Pym<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties, Dkt. No. 27, this entire action, including all claims and counterclaims against all parties, is hereby DISMISSED with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Date:  April 5, 2023          By:  _____

Stanley Blumenfeld, Jr.
U.S. District Court Judge